**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:11-cv-392 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

DATED:  December 2, 2011

Respectfully Submitted,

/s/ E. Danielle T. Williams
E. Danielle T. Williams
North Carolina Bar No. 23283
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

William H. Boice
Georgia Bar No. 065725
Russell A. Korn
Georgia Bar No. 428492
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street

Case 2:11-cv-00392-DF   Document 47   Filed 12/02/11   Page 2 of 3 PageID #:  414
- 2 -

Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

*Attorneys for Defendant Amazon.com, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 2, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ E. Danielle T. Williams
E. Danielle T. Williams

*Attorney for Defendant Amazon.com, Inc.*
